JS-6

Mark A. Vega (SBN 162621)
LIBERTAS LAW GROUP
6427 West Sunset Boulevard
Los Angeles, CA 90028
P (323) 306-3870; F (323) 306-3874
mvega@libertaslaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KC-X AMERICAN AEROSPACE, LLC

Plaintiff(s),

v.

RICHARD L. SMITHLINE, et al.

Defendant(s).

CASE NUMBER

2:12-cv-04009-GAF-SP

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| August 20, 2012 | /s/ Mark A. Vega, Attorney for Plaintiff |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE:* *F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

**IT IS SO ORDERED.**
DATED: August 24, 2012

/s/ Gary Feess
UNITED STATES DISTRICT JUDGE